No. 02–10018.  CARTER v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 02–10027.  OLIVER v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–10048.  PAGAN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 02–10071.  DRUMHELLER v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 02–10076.  WILSON v. CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 02–10090.  MATHIS v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS.  C. A. 3d Cir.  Certiorari denied.

No. 02–10103.  MICKEY v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Randolph County, N. C.  Certiorari denied.

No. 02–10156.  BOWMAN v. DRAGOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CAMP HILL, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–10166.  DE URIOSTE v. FINN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10182.  DRAYTON v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–10193.  AGRAMONTE v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–10194.  ANDERSON v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 02–10206.  MURRAY v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.